LEE v. ZIELINSKI. (No. 7443.)

(Court of Civil Appeals of Texas. Galveston. June 21, 1917.)

APPEAL AND ERROR ☞745—CONSIDERATION OF ASSIGNMENT—STATUTE AND RULES OF COURT.

Where an examination of the record shows that the single assignment of error was not filed in the court below, either in the motion for new trial or otherwise, the assignment cannot be considered under Vernon's Sayles' Ann. Civ. St. 1914, art. 1612, rule 67 for the District and County Courts (142 S. W. xxii), and rule 24 for the Courts of Civil Appeals (142 S. W. xii).

Appeal from Fayette County Court; George Willrich, Judge.

Suit between Mike Lee and Dr. A. J. Zielinski. From the judgment, Lee appeals. Affirmed.

H. R. Clark, of La Grange, for appellant. Edw. H. Moss, of La Grange, for appellee.

GRAVES, J. Upon this appeal there is but one assignment of error contained in the record; objection to our consideration of that is presented, on the ground that it was not filed in the court below, either in the motion for new trial, or otherwise; an examination of the record shows the objection to be well taken, and the assignment cannot be considered. Vernon's Sayles' Statutes, art. 1612, rule 67 for District and County Courts (142 S. W. xxii), and rule 24 for Courts of Civil Appeals (142 S. W. xii).

A reference to the statement of facts, however, disclosed that the evidence was sufficient to support the judgment rendered, and in this state of the record nothing is before this court for review.

The judgment will therefore be affirmed. Affirmed.